COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

$3,755.00 US CURRENCY (ZACHARY          No. 08-10-00008-CV
VAN PHIFER, JR.),        §

       Appellant,        §          Appeal from the

v.          9th Judicial District Court

       §

THE STATE OF TEXAS,          of Montgomery County, Texas

       §

       Appellee.          (TC# 09-03-03077-CV)

       §

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant has complied with the requirements of TEX.R.APP.P. 42.1(a)(1), and having considered the motion, we conclude it should be granted. Therefore, we GRANT Appellant's motion and dismiss the appeal. Costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 25, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.